# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | CIVIL ACTION NO. 4:19-CV-00052-CDL |
| v. | |
| MASTERBUILT MANUFACTURING, LLC | |
| Defendant. | |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE AND PROPOSED ORDER

The Parties hereby move this Court for approval and entry of the attached Consent Decree, as a part of the settlement of the claims in the matter. The Consent Decree has been approved and signed by all Parties. The Parties hereby represent that the proposed Consent Decree represents a reasonable agreement and declare their intent to abide by and fulfill the requirements of the Consent Decree.

Respectfully submitted this 29th day of March, 2019.

/s/ *Robyn M. Flegal*
Robyn M. Flegal
Georgia Bar No. 599572
Equal Employment Opportunity Commission
100 Alabama St., SW
Suite 4R30
Atlanta, Georgia 30339
robyn.flegal@eeoc.gov
(404) 562-6882

Attorney for Plaintiff

*/s/ Julie D. Johnson*
Julie D. Johnson
Georgia Bar No. 151402
Page Scranton, Sprouse, Tucker & Ford, P.C.
Synovus Centre
1111 Bay Avenue, Third Floor
Columbus, Georgia 31901
jed@psstf.com
(706) 256-5304

Attorney for Defendant