IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

EQUAL EMPLOYMENT     \*
OPPORTUNITY COMMISSION     \*
*on behalf of* JOSHUA MOORE     \*
    \*
      Plaintiff,     \*
    \*
v.     \*     Case No.: 4:19-CV-0052-CDL
    \*
MASTERBUILT     \*
MANUFACTURING, LLC,     \*
    \*
      Defendant.     \*

## ORDER

This matter comes before the Court on the Parties' Consent Motion for Order Directing Clerk of Court to Administratively Close the Case Pending Termination of the Consent Decree. Upon consideration of the Motion, and for good cause shown, the Motion is GRANTED.

The Clerk of Court is **DIRECTED** to mark this case administratively closed; the Court will, however, retain jurisdiction for the term of the April 2, 2019 Consent Decree entered by the Court.

SO ORDERED, this 15th day of _April, 2019.

S/Clay D. Land
Judge, United States District Court
For the Middle District of Georgia